UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JUIVONNE LITTLEJOHN,

    Petitioner,

v.

K. TASKILA,

    Respondent.

Case No. 21-cv-11872
Honorable Laurie J. Michelson

**ORDER TRANSFERRING CASE TO THE UNITED STATES
DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN**

    Petitioner Juivonne Littlejohn, presently serving a life sentence at the Baraga Correctional Facility in Baraga, Michigan, has filed a pro se petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. The petition challenges the state court's denial of Littlejohn's motion seeking release on bond because of the COVID-19 pandemic. Having reviewed the complaint, the Court concludes that venue is not proper in this district and transfers the case to the United States District Court for the Western District of Michigan.

    A state prisoner in a state that has two or more federal judicial districts may file a habeas petition in the district where the prisoner is in custody or in the district where the prisoner was convicted and sentenced. *See* 28 U.S.C. § 2241(d). The district having custody of the prisoner and the district where the prisoner was convicted and sentenced have concurrent jurisdiction to entertain the application. *Id*. The district court where the petition was filed may, "in the exercise of its discretion and in

1

furtherance of justice, transfer the application to the other district court for a hearing and determination." *Id.*; *see also* 28 U.S.C. § 1406(a).

Here, Littlejohn was convicted in Ingham County Circuit Court and also filed his motion for bond in that court. (ECF No. 1, PageID.1–2.) Ingham County is in the Western District of Michigan. *See* 28 U.S.C. § 102(b)(1). Littlejohn is presently confined in Baraga County, which is also located in the Western District of Michigan. *See* 28 U.S.C. § 102(b)(2). Because the entirety of the petition relates to acts and witnesses within the confines of the Western District of Michigan, the interests of justice are furthered by a transfer of the case to the Western District. *See* 28 U.S.C. § 2241(d).

Accordingly, the Court ORDERS the Clerk of Court to transfer this case to the United States District Court for the Western District of Michigan.

SO ORDERED.

Dated: August 24, 2021

                                        s/Laurie J. Michelson
                                        LAURIE J. MICHELSON
                                        UNITED STATES DISTRICT JUDGE